DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*



JAN 30 2008
USDC WP SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NIPPONKOA INSURANCE COMPANY, LTD.,   :

                *Plaintiff*,   :

      - against -   :

MET INTERNATIONAL, INC.,   :

              *Defendants*.   :
------------------------------------------------------------x

07 Civ.

08 CIV. 0972

JUDGE SULLIVAN

**STATEMENT UNDER
F.R.C.P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

- NipponKoa Life Insurance Company, Ltd.

- NipponKoa Insurance Company, Ltd.

Dated: Rye, New York
January 28, 2008

                                      MALOOF BROWNE & EAGAN LLC

                                      By:_____
                                          David T. Maloof (DM 3350)
                                          Thomas M. Eagan (TE 1713)
                                        411 Theodore Fremd Avenue, Suite 190
                                        Rye, New York 10580-1411
                                        (914) 921-1200
                                        *Attorneys for Plaintiff*