USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NIPPONKOA INSURANCE COMPANY, LTD.,

              *Plaintiff,*    08 Civ. 972 (RJS)

- against -    **NOTICE OF DISCONTINUANCE**

MET INTERNATIONAL, INC.,

              *Defendants.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE, the underlying matter having been amicably settled, plaintiff NipponKoa Insurance Company, Ltd., through undersigned counsel, discontinues this action with prejudice and without costs, pursuant to FRCP 41(a). No defendant has appeared, answered, or filed a motion for summary judgment.

Dated: Rye, New York
       March 17, 2008

                                    MALOOF BROWNE & EAGAN LLC

                                    By: _____
                                       David T. Maloof (DM 3350)
                                       Thomas M. Eagan (TE 1713)
                                       411 Theodore Fremd Avenue - Suite 190
                                       Rye, New York 10580
                                       (914) 921-1200
                                       *Attorneys for Plaintiff*

SO ORDERED:
_____
      U.S.D.J.  4/2/08